Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

Attorney for Plaintiff JERRY JACKSON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON, | Case No. 3:20-cv-00342-BEN-KSC |
| Plaintiff, | **NOTICE OF SETTLEMENT.** |
| vs. | |
| SOCIAL TAP SAN DIEGO LLC dba SOCIAL TAP et al. | |
| Defendants. | |

TO THE COURT, ALL PARTIES OF INTEREST, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Jerry Jackson, and Defendants, Social Tap San Diego, LLC dba Social Tap, Ballpark Plaza, LLC (Hereby known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement has been circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures, an executed Stipulation of Dismissal of the entire action, with prejudice, will be filed with the court by Plaintiff's attorney.

1 RESPECTFULY SUBMITTED,

2

3

4

5 Dated: May 6, 2020

/s/ Michael a. Taibi, Esq.
MICHAEL A. TAIBI, ESQ
Attorney for Plaintiff
JERRY JACKSON

CERTIFICATE OF SERVICE
3:20-cv-00342-BEN-KSC

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 6th day of May 2020, to all parties of record:

NOTICE OF SETTLEMENT

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of May 2020, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.