**FILED**
JUN 10 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOCIAL TAP SAN DIEGO LLC doing business as SOCIAL TAP, et al,<br><br>　　　　　Defendants. | Case No. 3:20-cv-00342-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii).** |

On or about June 4, 2020, Plaintiff, Jerry Jackson and Defendants, Social Tap San Diego LLC dba Social Tap and Ballpark Plaza LLC, filed a Joint Motion to Dismiss with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, for good cause shown, grants the parties' Joint Motion to Dismiss with Prejudice. Each party will bear their own attorney fees and costs.

IT IS SO ORDERED.
Dated: 6/9/2020

Honorable Roger T. Benitez
United States District Judge